**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DERRICK ALLEN                                                                              PLAINTIFF

V.                          No. 4:18CV00541-JM-JTR

DOC HOLLADAY, Sheriff,
Pulaski County Jail, *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice.

Dated this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE